# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DIXON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:17-CV-72 |
| ) | |
| ) | |
| KEVING KAUFFMAN, <u>et</u> <u>al.</u>, ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

This habeas action was received by the Clerk of Court on March 27, 2017, and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his petition for a writ of habeas corpus [ECF No. 5], which he filed pursuant to 28 U.S.C. § 2254, Petitioner challenged the judgment of sentence imposed upon him by the Court of Common Pleas of Erie County at criminal docket number CP-25-CR-239-2013. Respondents filed their answer [ECF No. 10], and Petitioner did not file a reply. On February 13, 2019, Magistrate Judge Lanzillo issued a Report and Recommendation [ECF No. 18] recommending that the Court deny each of petitioner's claims and deny a certificate of appealability. Petitioner's objections were due by March 4, 2019. He did not file any.

After *de novo* review of the petition and brief in support [ECF Nos. 5, 6] and Respondents' answer [ECF No. 10], together with the report and recommendation, the following order is entered:

1

AND NOW, this 12th day of March, 2019;

IT IS ORDERED that each of Petitioner's claims for habeas relief are DENIED and a certificate of appealability is DENIED on all claims;

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued February 13, 2019 [ECF No. 18] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge